**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brian Lemont KING, a/k/a B.K.,
Defendant–Appellant.**

**No. 13–7043.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Brian Lemont King, Appellant Pro Se. Timothy Severo, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Lemont King appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. King,* No. 7:09–cr–00010–D–1 (E.D.N.C. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*